# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HORACE MANN WILLIAMS, | ) | NO. ED CV 12-0036 GHK (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| KATHLEEN ALLISON, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   8/30  , 2012.

　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE